| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | Presented in Corpus Christi |

Corpus Christi Division
Magistrate No.:    C-18-5229M

CR. No.: **C-18-1378**

File:           INDICTMENT

Filed:    December 12, 2018

County:    Brooks

**JUDGE NELVA GONZALES RAMOS**

LIONS #:    2018R44683           Judge: _____

Attorneys:

United States of America

RYAN K. PATRICK, U.S. ATTORNEY
JASON B. SUPPLEE, ASST. U.S. ATTORNEY

v.

GRAND JURY ACTION         APP'D    RET

**PLEASE INITIAL**

CRISTIAN RAMIREZ

| TRUE BILL: | _____ |
|---|---|
| NO BILL: | _____ |

FRANK SILVA

IRMA ZAMORA

Charge(s):   Ct. 1:  Did knowingly and intentionally conspire to transport an undocumented alien within the United States:
8 USC 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).
Ct. 2:  Did transport, move, attempt to transport, and attempt to move an undocumented alien within the United States:
8 USC 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

Penalty:    Ct. 1: Not more than 10 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; a $100 Special Assessment, and an additional $5,000 Special Assessment.
Ct. 2: Not more than 5 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; a $100 Special Assessment; and an additional $5,000 Special Assessment.

In Jail:    X (Defendant 1 & 2)

On Bond:    X (Defendant #3)

No Arrest: